

SCHOEMAN
UPDIKE &
KAUFMAN LLP

Beth L. Kaufman
646-723-1039 direct
bkaufman@schoeman.com

March 17, 2026

**Via ECF**

Hon. Sidney H. Stein
United States District Court for the
   Southern District of New York
500 Pearl St., Courtroom 23A
New York, NY 10007

**MEMO ENDORSED**

Re:   *AGC Biologics, Inc. v. Agenus Inc.*
      **Case No.: 26-cv-000550 (SHS)**

Dear Judge Stein:

We represent plaintiff AGC Biologics, Inc. in the referenced matter. We write pursuant to Rule 1(E) of your Individual Rules of Practice to request an adjournment of the Initial Conference, currently scheduled for March 24, 2026.  I will be out of town that day and cannot attend.

Counsel for defendant consents to this adjournment, and we are both available for a conference during the period from April 9 through 20, except for Monday, April 13, 2026, if convenient for the Court. If a later date is preferable for the Court, I will be available after May 15 (I have a trial scheduled to begin on May 4, which should conclude by May 15).

This is plaintiff's first request for an adjournment.

Respectfully yours,

Beth L. Kaufman

cc: Kevin M. Hutzel, Esq. (via ECF)

**The conference is adjourned to April 9, 2026, at 2:30 p.m.**

**Dated: New York, New York**
      **March 18, 2026**

**SO ORDERED:**

_____
   **Sidney H. Stein, U.S.D.J.**