UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

AGC BIOLOGICS, INC.,                                :        26-cv-550 (SHS)

                              Plaintiff,            :        ORDER

            -against-                               :

AGENUS, INC.,                                       :

                              Defendant.            :

-------------------------------------------------------------------X

SIDNEY H. STEIN, U.S. District Judge.

        The initial conference having been held today, with counsel for all parties present,

        IT IS HEREBY ORDERED that:

        1.      There will be a status conference on June 16, 2026, at 10:30 a.m.;

        2.      The last date for completion of fact discovery is July 24, 2026; and

        3.      The last day for completion of all discovery is August 28, 2026.


Dated: New York, New York
        April 9, 2026

                                            SO ORDERED:

                                            _____
                                            Sidney H. Stein, U.S.D.J.