

Beth L. Kaufman
646-723-1039 direct
bkaufman@schoeman.com

June 12, 2026

**Via ECF**

Hon. Sidney H. Stein
Southern District of New York
500 Pearl St., Courtroom 23A
New York, NY 10007

**MEMO ENDORSED**

RE:      *AGC Biologics, Inc. v. Agenus Inc.*
         **Case No.: 26-cv-000550 (SHS)**

Dear Judge Stein:

        We represent plaintiff AGC Biologics, Inc. in the referenced matter. We write pursuant to your Individual Rules of Practice 1(E) to request an adjournment of the conference currently scheduled for June 16, 2026 to August 17, 2026, because the parties have executed a settlement agreement.

        This is plaintiff's first request for an adjournment of this scheduled conference and counsel for defendant Agenus, Inc. consent to the request.

                              Respectfully yours,

                              Beth L. Kaufman

**There will be a conference on August 17, 2026, at 2:30 p.m., unless a stipulation of dismissal is filed before August 17, 2026.**

**Dated: New York, New York**
**June 15, 2026**

                              SO ORDERED:

                              Sidney H. Stein, U.S.D.J.